

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Anna Kelly v. Independence Heights Apartment

Appellate case number:   01-19-00670-CV

Trial court case number:  1127306

Trial court:             County Civil Court at Law No. 4 of Harris County

Appellant, Anna Kelly, filed a motion to obtain a copy of the reporter's record. The motion is signed by "Emily Kelly, Attorney-in-Fact for Anna Kelly." Appellant's brief and reply brief state that they are filed pro se, but the text indicates that Emily Kelly, appellant's daughter has prepared them. The clerk's record indicates that Emily Kelly acted on Anna Kelly's behalf, apparently having power of attorney, but the clerk's record filed in this Court contains no copy of the power of attorney giving Emily Kelly the power to act for Anna Kelly.

Accordingly, the Court orders the filing of a supplemental clerk's record containing the power of attorney filed in the trial court that establishes Emily Kelly's right to act on behalf of Anna Kelly. The supplemental clerk's record shall be filed **within 20 days of the date of this order**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                   ☑ Acting individually    ☐ Acting for the Court

Date:   ___April 28, 2020_____